RENEE CHOY OHLENDORF (SBN 263939)
rchoy@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:　415-362-6000
Facsimile:　415-834-9070

Attorneys for Defendant
TD BANK USA, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ALAN TOOMEY, | Case No. 2:18-cv-00983-KJM-DB |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TD BANK USA, N.A. TO RESPOND TO COMPLAINT** |
| vs. | |
| Equifax, Inc.; Capita One, National Association, Discovery Bank, WebBank, Mid-America Bank & Trust, Allied Collection Services, Inc., TD Bank USA, N.A., and DOES 1 through 100 inclusive, | Complaint Filed: April 23, 2018 |
| Defendants. | |

**TO THIS HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Pursuant to Local Rule 144 and F.R.C.P. 6(b), Plaintiff Alan Toomey ("Plaintiff") and Defendant TD Bank USA, N.A. ("TD Bank"), hereby agree and stipulate as follows:

**WHEREAS**, Plaintiff filed the Complaint in the above-captioned lawsuit on April 23, 2018;

**WHEREAS**, TD Bank was served with the Summons and Complaint on or about April 30, 2018, and TD Bank's responsive pleading or motion to the Complaint is currently due on May 21, 2018.

**WHEREAS**, the parties have agreed that TD Bank will answer or otherwise respond to the Complaint, on or before June 29, 2018. This extension of time will not affect any pending court

1
STIPULATION TO EXTEND TIME FOR DEFENDANT TD BANK, N.A., TO RESPOND TO COMPLAINT
Case No. 2:18-cv-00983-KJM-DB
301863508v1 1009035

1  dates or deadlines, nor will it prejudice any party herein.

2  **IT IS STIPULATED** that TD BANK USA, N.A., will answer or otherwise respond to the
3  Complaint on or before June 29, 2018.

5  DATED:  May 10, 2018                                    HINSHAW & CULBERTSON LLP

7                                                          By: */s/ Renee Choy Ohlendorf*
                                                               RENEE CHOY OHLENDORF
                                                               Attorneys for Defendant
8                                                              TD BANK USA, N.A.

9  Dated:  March 10, 2018                                 SAGARIA LAW, P.C.

11                                                         By:   /s/ *Elliot W. Gale*
                                                               Attorneys for Plaintiff
12                                                             ALAN TOOMEY

### **FILER ATTESTATION**

I, Renee Choy Ohlendorf, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.


                             *s/Renee Choy Ohlendorf*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  May 14, 2018.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE